IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE ENERGY CORPORATION, *et al.*,[1] | ) | Case No. 16-36390 (MI) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the undersigned attorneys appear in this case as counsel for the Ad Hoc Committee of Stone Energy Shareholders, and pursuant to Bankruptcy Rules 2002 and 9010, request that all orders, notices, motions, applications, pleadings, and other court papers be served upon:

David Gerger
Emily Smith
QUINN EMANUEL URQUHART & SULLIVAN, LLP
711 Louisiana St. Suite 500
Houston, Texas 77002
Facsimile: (713) 221-7100
davidgerger@quinnemanuel.com
emilysmith@quinnemanuel.com

K. John Shaffer
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 Figueroa St., 10th Floor
Los Angeles, CA 91105
Facsimile: (213) 443-3100
johnshaffer@quinnemanuel.com

Benjamin Finestone
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Facsimile: (212) 849-7100
benjaminfinestone@quinnemanuel.com

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows: Stone Energy Corporation (5413); Stone Energy Holding, L.L.C. (3151); and Stone Energy Offshore, L.L.C. (8062). The Debtors' mailing address is 625 E. Kaliste Saloom Road, Lafayette, Louisiana 70508.

Dated: December 15, 2016

Respectfully submitted,

/s/ David Gerger

QUINN EMANUEL URQUHART & SULLIVAN, LLP

David Gerger
Federal Bar No.  10078
Texas Bar No. 07816360
Emily Smith
Texas Bar No. 24083876
711 Louisiana St., Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Facsimile:  (713) 221-7100
davidgerger@quinnemanuel.com
emilysmith@quinnemanuel.com

*Counsel to the Ad Hoc Group of Stone Energy Shareholders*

## **CERTIFICATE OF SERVICE**

  I certify that on December 15, 2016, a copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas which gives notice to all counsel of records.

               /s/ Emily Smith
               Emily Smith